## AFFIDAVIT

1.      I, Mark E. Webber, being duly sworn, state the following information to be true to the best of my knowledge, information and belief:

## I.                              INTRODUCTION

2      .            This affidavit is made in support of an application to search a green Dodge Neon, vehicle identification number ("VIN") 1B3ES46C3YD675596, bearing Tennessee license plate number 1B55M7 affixed to the rear of the vehicle.  The vehicle is currently in the possession of the Knoxville Police Department, and stored at the Knoxville Vehicle Impoundment Lot, located at or near 3407 Vice Mayor Jack Sharp Road, Knoxville, Tennessee 37914.  Further description and photographs of the vehicle are attached hereto as Attachment A and are fully incorporated herein.

## II.                   AGENT BACKGROUND AND EXPERIENCE

3.      I am a Lieutenant with the Knox County Sheriff's Office and have so been employed since January 2000. I am currently a Task Force Officer (TFO) with the Federal Bureau of Investigation ("FBI").  I am an "Investigative or Law Enforcement Officer" within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in

1

Section 2516 of Title 18, United States Code. My primary duties and responsibilities involve the investigation of violations of federal law including violent crime as found in Title 18 of the United States Code, and the Controlled Substances Act as found in Title 21 of the United States Code. I am currently assigned to the Knoxville Field Office of the FBI and am assigned to the Violent Crime Squad/Safe Streets Task Force. During my tenure as a TFO, I have investigated numerous crimes including, but not limited to, bank robbery, carjacking, violent gangs and organized crime, kidnapping, human trafficking and fugitive investigations. More specifically, I have conducted physical surveillance, executed search warrants, analyzed phone and internet records, and arrested criminal suspects. I have also spoken to confidential human sources, suspects, defendants, witnesses, and other experienced investigators concerning the methods and practices of the criminal element. I have received training and have experience in interviewing and interrogation techniques, arrest procedures, evidence collection, search and seizure, search warrant applications, and various other crimes and investigative techniques.

4.     Except as noted, all of the information contained in this affidavit is either known to me personally or has been told to me by other law enforcement officials. Because this affidavit is being submitted for the limited purpose of obtaining a search warrant, I have set forth only those facts necessary to establish probable cause, and have not included each and every fact known to me in this investigation.

III.                                         **APPLICABLE LAW**

5.     Title 18 U.S.C. 2113 (a) punishes whoever, by force and violence, or by intimidation, takes, or attempts to take, from the person or presence of another, or obtains or attempts to obtain

by extortion any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank whose deposits are insured by the Federal Deposit Insurance Corporation ("FDIC").

IV. **PROBABLE CAUSE**

6.     On October 28, 2020, at approximately 9:00 a.m., a lone Hispanic male, hereinafter referred to as "ROBBER", entered United Community Bank, located at or near 10514 Kingston Pike, Knoxville, Tennessee. The "ROBBER" was wearing a red sweatshirt with Nike written on the front, a black baseball cap with a tiger logo on the front, blue jeans, a black mask covering his mouth and nose, and black tennis shoes.

7.     The "ROBBER" approached the teller station, and handed the teller a demand note which read, "Please give me all the money out of the cash register I am a patriot. One time cash out! No one will get hurt!"

8.     The teller removed United States currency from her drawer and placed it inside bank envelopes. The "ROBBER" took the envelopes and exited the bank. As a result of the robbery, United Community Bank suffered a loss of approximately $1,025.00 in United States currency. The deposits of United Community Bank were insured by the Federal Deposit Insurance Corporation ("FDIC") at the time of the robbery.

9.     A bank employee observed the "ROBBER" arrive in what appeared to be a green Dodge Neon or similar type vehicle. Surveillance video from the exterior of the bank shows a green

3

Dodge Neon leaving the bank parking lot shortly after the "ROBBER" exits the bank.

10.     United Community Bank captured surveillance video of the ROBBER and of the robbery in progress, which I reviewed following the robbery. The ROBBER appeared to be a Hispanic male.

11.     On October 30, 2020, at approximately 1:55 p.m., a lone Hispanic male, hereinafter referred to as "ROBBER", entered Home Federal Bank, located at or near 4444 Chapman Highway, Knoxville, Tennessee. The "ROBBER" was wearing a plaid shirt, a black baseball cap with a tiger logo on the front, camouflage pants, a black mask covering his mouth and nose, and white tennis shoes.

12.     The male approached the teller station and handed the teller a note demanding money.

13.     The teller removed United States currency from a drawer and placed it on the counter. The teller also gave the "ROBBER" "bait" money as well as a dye pack containing red dye. As a result of the robbery, Home Federal Bank suffered a loss of approximately $846.00 in United States currency. The deposits of Home Federal Bank were insured by the Federal Deposit Insurance Corporation ("FDIC") at the time of the robbery.

14.     As the "ROBBER" approached his vehicle, the dye pack he was given by the teller activated and dispersed red dye on the "ROBBER" and his clothing. An employee in the parking lot took pictures of the robber's vehicle as he left the bank. The pictures show a green Dodge Neon bearing Tennessee tag 1B55M7. The "ROBBER" tossed the dye pack and money from the

4

bank in the parking lot before he fled.

15.     Home Federal Bank captured surveillance video of the "ROBBER" and of the robbery in

progress, which I reviewed following the robbery.  The "ROBBER" appeared to be a Hispanic

male.  The "ROBBER" also appeared to be the same person who committed the bank robbery at

United Community Bank, located at or near 10514 Kingston Pike, Knoxville, Tennessee, on

October 28, 2020, at approximately 9:00 a.m.  The "ROBBER" appeared to be wearing the same

or similar hat in both robberies, and driving the same or similar vehicle.

16.     Following the robbery at Home Federal Bank, the Knoxville Police Department (KPD)

located a green Dodge Neon bearing Tennessee tag 1B55M7 driving near Magnolia Ave.,

Knoxville, TN. KPD officers attempted to stop the vehicle by activating their lights and siren, the

vehicle initially refused to stop but eventually did on I-40 east near Rutledge Pike.

17.     The driver of the green Dodge Neon was identified as Michael Wiking Arias, a Hispanic

male.  Arias was wearing a plaid shirt, camouflage pants, white tennis shoes, and a black

baseball cap with a tiger logo on the front.  Arias also had what appeared to be red dye on his

hands and clothing.  United States currency with what appeared to be red dye was observed in

plain view in the cup holder of the green Dodge Neon.

18.     Arias was transported by KPD to their office located at or near 800 Howard Baker Jr.

Ave., Knoxville, TN to be interviewed.

19.     During his interview, Arias confessed to being the Hispanic male observed in the bank surveillance video robbing the United Community Bank located at or near 10514 Kingston Pike, Knoxville on October 28, 2020, and Home Federal Bank located at or near 4444 Chapman Hwy., Knoxville, TN on October 30, 2020.

20.     Arias stated he drove the same green Dodge Neon he was arrested in, at both bank robberies. He also stated the clothing he wore in the United Community Bank robbery was located inside the green Dodge Neon.

21.     I have investigated numerous bank robberies, and based on my training and experience I know that bank robbers oftentimes store clothing worn during the commission of a bank robbery inside of a vehicle that was used in commission of the robbery. Further, based on my training and experience, I know that bank robbers oftentimes store proceeds from bank robberies, demand notes used to commit bank robberies, firearms, ammunition, and other dangerous weapons used to commit bank robberies inside of a vehicle that was used in the commission of a robbery. Based on my training and experience, I know that bank robbers oftentimes conduct research and map out locations of banks and possible escape routes on Global Positioning System ("GPS") devices, cellular telephones, tablets, and laptop computers. I also know that bank robbers oftentimes take photographs of bank entrances/exits using cameras or the camera feature on a cellular telephone or tablet. Based on my training and experience, I know that bank robbers oftentimes draft robbery demand notes prior to committing a bank robbery, and sometimes use bank deposit/withdrawal slips to draft demand notes. I also know that bank robbers oftentimes obtain facial disguises and head coverings in preparation to commit a bank robbery, and oftentimes obtain firearms, ammunition, or other dangerous weapons to use during

6

the commission of a bank robbery. Based on my training and experience, I know that bank robbers often carry bags containing the aforementioned items, and store those items or bags in a vehicle used in commission of a bank robbery.

## V.                                    **CONCLUSION**

44.    Based on the foregoing, I believe there is probable cause to search the DODGE, currently in possession of the Knoxville Police Department, and currently stored at the Knoxville Vehicle Impoundment Lot, located at or near 3407 Vice Mayor Jack Sharp Road, Knoxville, Tennessee 37914, for evidence of a crime; contraband, fruits of crime, or other items illegally possessed; property designed for use, intended for use, or used in committing a crime, as described in Attachment B, which is attached hereto and fully incorporated herein, in violation of Title 18, United States Code, Section 2113(a), bank robbery.

FURTHER AFFIANT SAYETH NAUGHT.
Executed this 6th day of November, 2020,
at Knoxville, Tennessee.


Mark E. Webber
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me on this 6th day of November, 2020.


HON. DEBRA C. POPLIN
UNITED STATES MAGISTRATE JUDGE

7

## ATTACHMENT A

A green 2000 Dodge Neon, VIN 1B3ES46C3YD675596, with paint damage, which is currently in possession of the Knoxville Police Department, and stored at the Knoxville Vehicle Impoundment Lot, located at or near 3407 Vice Mayor Jack Sharp Road, Knoxville, Tennessee 37914.





Case 3:20-mj-01179-DCP   Document 2   Filed 11/06/20   Page 9 of 10   PageID #: 10

**ATTACHMENT B**

Items to be seized:

Evidence of the federal criminal offense of Title 18, United States Code, Section 2113(a), bank robbery, including:

1) Red sweatshirt with Nike on the front;

2) United Community Bank envelope(s);

3) Robbery demand note(s);

4) United States currency;

5) Facial disguises, wigs, and head coverings;

6) Cellular telephones, tablets, laptop computers, GPS devices;

7) Firearms, ammunition, and other dangerous weapons;

8) Bank/Credit Union deposit and withdrawal slips;

9) Maps indicating locations of financial institutions;

10) Written or printed directions to financial institutions;

11) Notes and/or photographs used for planning and preparation for bank robbery;

12) Disposable gloves;

13) Records, documents, ledgers, notebooks, and clothing related to Michael Wiking Arias, which would tend to show evidence of Arias's involvement in the bank robberies occurring on or about October 28, 2020 at United Community Bank, located at or near 10514 Kingston Pike, Knoxville, Tennessee; October 30, 2020 at Home Federal Bank, located at or near 4444 Chapman Hwy., Knoxville, Tennessee.

10